# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**UNITED ROAD LOGISTICS, LLC**,

      Plaintiff,

v

**NIVA AUTO TRANSPORT, LLC**,

and

**GREAT AMERICAN INSURANCE COMPANY**,

      Defendants.

Case No.: 2:25-cv-10091
Honorable Terrence G. Berg

_____/

| | |
|---|---|
| STEVEN R. LEFKOFSKY (P44101)<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>Attorneys for Plaintiff<br>28 West Adams Avenue, Suite 1500<br>Detroit MI 48226-1686<br>(313) 800-6500<br>slefkofsky@taftlaw.com | MICHELE A. CHAPNICK (P48716)<br>**GREGORY AND MEYER, P.C.**<br>Attorneys for Great American Insurance Company, LLC<br>340 E. Big Beaver Road, Ste. 520<br>Troy, MI 48083<br>(248) 689-3920/(248) 689-4560 - Fax<br>mchapnick@gregorylaw.com<br><br>SCOTT WING<br>**LEAHY, EISENBERG & FRAENKEL, LTD.**<br>Attorneys for Great American Insurance Company, LLC<br>33 West Monroe Street, Suite 1100<br>Chicago, IL 60603<br>(312) 368-4554<br>sw@lefltd.com |

_____/

171612994v1

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Upon the filing and reading of the above stipulation signed by counsel and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that pursuant to the terms of a Release Of All Claims, executed in January 2025, Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

**This Order resolves the last pending claim in the above case, and closes the case.**

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

DATED: March 6, 2025

171612994v1